UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SILVIA MARTINEZ, on behalf of herself and all others similarly situated,

                              Plaintiff,

-v.-

TRADE FORCE NYC, INC.,

                              Defendants.

Civil Action No:
1:23-cv-7251

---------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 31, 2024

| For Plaintiff Silvia Martinez | For Defendant Trade Force NYC, Inc. |
|---|---|
| s/ PeterPaul Shaker<br>PeterPaul Shaker<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>pshaker@steinsakslegal.com | s/Paul Andrew Bartels<br>Paul Andrew Bartels<br>Bell Law Group, PLLC<br>100 Quentin Roosevelt Blvd ste 208<br>Garden City, NY 11530<br>Ph: 516-280-3008<br>Paul@belllg.com |

So ordered.
/s/(ARR)

## CERTIFICATE OF SERVICE

I certify that on January 31, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ PeterPaul Shaker*
PeterPaul Shaker
**Stein Saks, PLLC**
*Attorneys for Plaintiff*